UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JASMINE PAUL SANCHEZ | Case No. 3:21-cv-00362-ART-CSD |
| Plaintiff, | ORDER |
| v. | |
| JOHNSON, et al., | |
| Defendants. | |

The Complaint in this action was filed on February 2, 2022 (ECF No. 8). The Court issued a notice of intent to dismiss on September 15, 2022 (ECF No. 22) under Fed. R. Civ. P. 4(m) unless proof of service is filed by October 15, 2022. (ECF No. 22.) To date, no such proof of service has been filed. Accordingly, it is therefore ordered that the claims against Sean Johnson are dismissed without prejudice.

DATED THIS 17th day of November.

_____
Anne R. Traum
United States District Court Judge

1